UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARY R. CAMPBELL, | ) |
|     Plaintiff, | ) |
| vs. | ) Case No. 2:04CV95MLM |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security | ) |
|     Defendant. | ) |

## ORDER

This matter is before the court on Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA"). [Doc. 15] The defendant responded and does not oppose plaintiff's Application in the total amount of $2,181.00 for attorney's fees and reimbursement of $150.00 for the filing fee. [Doc. 16] The court notes that this represenst 13 hours of attorney time at $147.00 per hour and 4.5 hours of legal assistant time at $60.00 per hour.

On May 20, 2005 this court entered Final Judgment reversing and remanding this case to the Commissioner of Social Security for further action pursuant to sentence 4 of 42 U.S.C. § 405(g). Plaintiff is therefore the prevailing party and is entitled to attorney fees and costs under the EAJA. 28 U.S.C. §§ 2412(d)(1)(A) and 2412(a)(1).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Application for Attorney Fees under the Equal Access to Justice Act is **GRANTED**. [Doc. 15]

**IT IS FURTHER ORDERED** that plaintiff be awarded attorney fees in the total amount of $2,181.00.

**IT IS FURTHER ORDERED** that plaintiff be reimbursed $150 for the filing fee.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this   1st   day of August, 2005.